

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-24-00315-CV |
| ROBERT JOSEPH GAUDET JR., | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Jesus Rodriguez, Judge of County Court at Law No. 5 Court of El Paso, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 20TH DAY OF AUGUST 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox, J, and Barajas, C.J. (Ret.)
Barajas, C.J. (Ret.) (Sitting by Assignment)